ROBERTA CONNELY, executrix, respondent,

*v.*

DANIEL M. HAGGERTY et al., appellants.

[Argued March 8th, 1905.    Decided July 6th, 1905.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Grey, whose opinion is reported in *65 N. J. Eq.* (*20 Dick.*) *596.*

*Messrs. French & Richards,* for the appellants.

*Mr. Harry Wootton* and *Messrs. Thompson & Cole,* for the respondent.

PER CURIAM.
Decree affirmed.

*For affirmance*—THE CHIEF-JUSTICE, FORT, GARRETSON, PITNEY, SWAYZE, GRAY—6.

*For reversal*—DIXON, GARRISON, BOGERT, VREDENBURGH, VROOM, GREEN—6.